CR 15- 00030

TM:MPR
F.#2014R00680

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – X

OM, M.J.

UNITED STATES OF AMERICA

- against -

JASON BENJAMIN,
also known as "Cash Gang,"

Defendant.

– – – – – – – – – – – – – – – X

INDICTMENT

Cr. No. ____________________
(T. 18, U.S.C., §§ 1591(a)(1), 1591(b)(1), 1594(d) and 3551 et seq.; T. 21, U.S.C., § 853(p))

2015 JAN 29 AM 11:17

FILED

THE GRAND JURY CHARGES:

SEX TRAFFICKING – JANE DOE

1. On or about December 17, 2013, within the Eastern District of New York and elsewhere, the defendant JASON BENJAMIN, also known as "Cash Gang," together with others, did knowingly and intentionally recruit, entice, harbor, transport, provide, obtain and maintain by any means a person, to wit: Jane Doe, an individual whose identity is known to the Grand Jury, in and affecting interstate and foreign commerce, knowing, and in reckless disregard of the fact, that Jane Doe had not attained the age of 14 years old and would be caused to engage in one or more commercial sex acts.

(Title 18, United States Code, Sections 1591(a)(1), 1591(b)(1) and 3551 et seq.)

CRIMINAL FORFEITURE ALLEGATIONS

2. The United States hereby gives notice to the defendant that, upon his conviction of the offense charged in the indictment, the government will seek forfeiture in

accordance with Title 18, United States Code, Section 1594(d), of any interest in any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense, and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of such violation.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Section 1594(d); Title 21, United States Code, Section 853(p))

A TRUE BILL

FOREPERSON

LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY:
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136

F. #2014R01306
FORM DBD-34
JUN. 85

No. ____________________

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

*JASON BENJAMIN, also known as "Cash Gang,"*

Defendant.

# INDICTMENT

(T. 18, U.S.C., §§ 1591(a)(1), 1591(b)(1), 1594(d) and 3551 et seq.;
T. 21, U.S.C., § 853(p))

*A true bill.*

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
*Foreperson*

*Filed in open court this* _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ *day,*

*of* _ _ _ _ _ _ _ _ _ _ _ _ *A.D. 20* _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
*Clerk*

*Bail, $* _ _ _ _ _ _ _ _ _ _ _ _

***Michael P. Robotti, Assistant U.S. Attorney (718) 254-7576***